Robert C. Borris Jr., Esq.
SBN 85415
21550 Foothill Blvd
Hayward, CA 94541
(510) 581-7111
(510) 582-6729 Fax
rborrisjr@aol.com

**Entered on Docket
December 21, 2011**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed: December 20, 2011**



_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In Re:

MEL ARELLANO FORONDA,

        Debtor

)
)
)
)
)
)
)
)
)

Case No.: 11-49903
Chapter 13

**ORDER VALUING LIENS OF WELLS FARGO HOME MORTGAGE**

On October 4, 2011, Debtor filed a motion to value the liens of Wells Fargo Home Mortgage (2nd and 3rd Deeds of Trust) against the property commonly known as 1633 Ashbury Lane, Hayward, California, which liens were recorded in Alameda County, California on or about February 9, 2007 and February 5, 2007, respectively, as document numbers 2007-068080 and 2007-054321, respectively (hereinafter the Liens).

The court finds that notice of the motion upon Wells Fargo Home Mortgage was proper. Wells Fargo Home Mortgage having failed to file timely opposition to Debtor's motion, the court hereby orders as follows:

(1) For purposes of Debtor's chapter 13 plan only, the Liens are valued at zero, Wells Fargo Home Mortgage does not have secured claims, and the Liens may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322 (b)(2) and 1327.

(2) This order shall become part of Debtor's confirmed chapter 13 plan.

(3) Upon entry of a discharge in Debtor's chapter 13 case, the Liens shall be voided for all purposes, and upon application by Debtor, the court will enter an appropriate form of judgment voiding the Liens.

(4) If Debtor's chapter 13 case is dismissed or converted to one under another chapter before Debtor obtains a discharge, this order shall cease to be effective and the Liens shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the Wells Fargo Home Mortgage, the court will enter an appropriate form of order restoring the Liens.

(5) Except as provided by separate, subsequent order of this court, the Liens may not be enforced so long as this order remains in effect.

<u>End of Order</u>

<u>Court Service List</u>

Martha Bronitsky
Chapter 13 Trustee
24301 Southland Drive 200
Hayward, CA 94541

Office of the U.S. Trustee
1301 Clay St. #690N
Oakland, CA 94612